STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JAMES WARE, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Daniel R. Coburn* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

June 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
WILLIAM W. THOMPSON, DEFENDANT-PETITIONER.

*Mr. William W. Thompson, in propria persona.*

*Mr. Joseph P. Lordi* and *Mr. Donald S. Coburn* for the respondent.

June 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JAY KINTNER, DEFENDANT-PETITIONER.

See same case below: 105 *N. J. Super.* 347.

*Mr. Stanley C. Van Ness* and *Mr. Daniel R. Coburn* for the petitioner.

*Mr. Michael R. Imbriani* and *Mr. Raymond R. Trombadore* for the respondent.

June 30, 1969. Denied.